FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>CHRISTOPHER MICHAEL MERRILL,<br><br>Defendant. | No.   2:19-CR-0152-WFN-1<br><br>PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |
|---|---|

Before the Court is the Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband.  ECF No. 27. The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Motions and is fully informed.  Accordingly,

**IT IS ORDERED** that:

1. The Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed October 10, 2019, **ECF No. 27**, is **GRANTED**. The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order.  The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility.  The defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

2. The Government's Motion to Expedite Hearing, filed October 10, 2019, **ECF No. 28**, is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

1 **DATED** this 17th day of October, 2019.

10-17-19

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2