# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Merrill, Christopher Michael | Docket No. | 2:19CR00152-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Michael Merrill, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 24th day of September 2019, under the following conditions:

**Special Condition #1:** Defendant shall not have access to digital devices, computers or any online services. The Probation Office may permit Defendant to possess a cell phone with no internet access if the Probation Office deems it necessary to maintain contact with Defendant. Any internet access in the residence must be password protected and not accessible to Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Christopher Michael Merrill admitted to obtaining access to a cellular phone with Internet access on March 24, 2020.

On September 24, 2019, the conditions of pretrial release supervision were reviewed with Mr. Merrill. Mr. Merrill acknowledged an understanding of the conditions, which included special condition number 1.

On March 24, 2020, the undersigned officer contacted Mr. Merrill telephonically. During this telephone conversation, Mr. Merrill advised his substance abuse treatment group was going to conduct sessions over the Internet for the purpose of social distancing due to the COVID-19 outbreak. Mr. Merrill advised that he and his mother purchased a smart cellular phone with a data plan so he could attend his substance abuse treatment sessions over the Internet.

The undersigned officer reminded Mr. Merrill of his Internet restrictions and instructed him to either deactivate this smart cellular phone or give the phone to his parents. He agreed to do so.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |  |
|---|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. | |
|  | Executed on: | March 27, 2020 |
| by | s/Erik Carlson | |
|  | Erik Carlson U.S. Pretrial Services Officer | |

PS-8
Re: Merrill, Christopher Michael
March 27, 2020
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

 March 30, 2020
_____
Date