My name is Caron Merrill and I am writing to tell you about Christopher.

He is a good and loving man and would hurt anyone. He has two wonderfull children that were adopted. They are special needs and don't understand why they can't see their daddy. He has not talked or seen them in almost a year.

Our family is close and we have been making sure Chris has been doing all he can to prove to the Court that he will never be in trouble again. He wants to continue to see Robert Shepard and earn the trust of the Court to see his Children.

Chris and his father are very close. They do many things together. His father has had 2 open heart surgerys and now has Kidney disease. Dan can't do alot of things around the house so Chris will Jump in and make sure it gets done

Chris is a Diabetic and needs to wear a Diabetic sensor and a Insulin pump to Stay alive. He has been in the hospital 3 times with DKA and the last time he almost didn't make it

Chris and myself are close and we will always talk and I maksure he stays healthy.

I have lost all my family when I was young. Chris and his sister and Kids are my family. If you send Chris away he will not make it Home

Thank You for listening to me,
Caron Merrill