PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Merrill, Christopher Michael | Docket No. | 2:19CR00152-WFN-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Michael Merrill, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 24th day of September 2019, under the following conditions:

**Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Christopher Michael Merrill is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on April 13, 2021.

On September 24, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Merrill. Mr. Merrill acknowledged an understanding of the conditions, which included condition number 9.

On April 13, 2021, Mr. Merrill reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Merrill denied any use of illegal controlled substances and the urine sample was sent to Alere Toxicology Services (Alere) for further analysis.

On April 21, 2021, Alere confirmed the urine specimen collected on April 13, 2021, tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2021

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8

Re: Merrill, Christopher Michael
May 5, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_5/6/2021_____
Date